1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

9

10 | DEANNA KAYE RIDGWAY,

11 | Plaintiff,

12 | vs.

13 | NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

14

Defendant.

Civil No. 3:17-CV-05577-JLR

ORDER

15

16

17

18

19

20

21

22

23

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability insurance benefits under Title II of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings including a new hearing and a new decision. The Administrative Law Judge will reconsider the medical opinion evidence; reconsider Plaintiff's symptom allegations; obtain evidence from a medical expert on the nature and severity of Plaintiff's physical impairments; reconsider Plaintiff's residual functional capacity; and continue with the sequential evaluation process, obtaining supplemental vocational expert evidence, as necessary.

1

2

        This Court hereby reverses the Commissioner's decision under sentence four of 42

3

U.S.C. §405(g) with a remand of the cause to the Commissioner for further proceedings.  *See*

4

*Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

5

        DATED this ___20th___ day of ___December___ 2017.

6

7

                                        _____
                                        UNITED STATES DISTRICT JUDGE

8

9

10

Presented by:

11

s/ Nancy A. Mishalanie
_____
NANCY A. MISHALANIE

12

Special Assistant U.S. Attorney
Office of the General Counsel

13

Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A

14

Seattle, WA 98104-7075
Telephone:  (206) 615-3619

15

Fax:  (206) 615-2531
nancy.mishalanie@ssa.gov

16

17

18

19

20

21

22

23

Page 2      ORDER - [3:17-CV-05577-JLR]