1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

U.S. District Judge James Robart

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

DEANNA KAYE RIDGWAY,                    )
                                        )
                     Plaintiff;         )        CIVIL NO.  3:17-CV-05577-JLR
                                        )
vs.                                     )        [PROPOSED] ORDER GRANTING
                                        )        PLAINTIFF'S MOTION FOR EAJA
NANCY A. BERRYHILL,                     )        ATTORNEY'S FEES
Acting Commissioner of Social Security; )
                                        )
                     Defendant.         )
_____)

16
17
18
19

THIS COURT has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73.  This matter having come before the Court on this day on Plaintiff's Motion for an EAJA Attorney's Fees (Motion). *See* ECF 21.

20
21
22
23
24
25

Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), the Motion, and the Declaration of Daniel J. Jacobs in support of Plaintiff's Motion for EAJA Attorney's Fees, it is hereby ORDERED that EAJA attorney's fees pursuant to 28 U.S.C. § 2412(d)(1)(A) in the amount of $2,164.69/_____ shall be awarded to Plaintiff pursuant to EAJA and consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2524, 2010 U.S. Lexis 4763 at 6-7 (2010).

**DAVID B. VAIL,**
**JENNIFER M. CROSS-EUTENEIER**
**AND ASSOCIATES**
**P.O. BOX 5707**
**TACOMA, WASHINGTON 98415-0707**
**TACOMA: (253) 383-8770**
**SEATTLE: (253) 874-2546**
**OLYMPIA: (360) 943-8098  FAX: (253) 383-8774**

1        If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed pursuant

2    to the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made

3    payable to Plaintiff Deanna Kaye Ridgway and mailed to Plaintiff care of Plaintiff's counsel,

4    Daniel J. Jacobs, at David B. Vail, Jennifer M. Cross-Euteneier, & Associates, P.O. Box 5707,

5    Tacoma, Washington, 98415-0707.

6

7

8    DATED this 31st day of ____March____, 2018.

9

10

11                    U.S. District Judge James Robart

12   Presented by:

13   Vail Cross-Euteneier & Associates

14

15

16   Daniel J. Jacobs, WSBA #49194
     Attorney for Plaintiff

17

18

19   CERTIFICATE OF SERVICE

20       I hereby certify that the foregoing Proposed Order Granting Plaintiff's Motion for EAJA

21   Attorney's Fees was filed with the clerk on March 20, 2018 using the CM/ECF system which
     will send notification of such filing to the following: **Nancy Mishalanie, Assistant Regional**

22   **Counsel, Office of the General Counsel, Social Security Administration.**

23                    LYNN M. VENEGAS

24                    Legal Secretary

25                    Vail Cross & Associates

[Proposed] Order Granting Plaintiff's Motion EAJA for
Attorney's Fees [3:17-CV-05577-JLR] - 2

**DAVID B. VAIL,**
**JENNIFER M. CROSS-EUTENEIER**
**AND ASSOCIATES**
**P.O. BOX 5707**
**TACOMA, WASHINGTON 98415-0707**
**TACOMA: (253) 383-8770**
**SEATTLE: (253) 874-2546**
**OLYMPIA: (360) 943-8098  FAX: (253) 383-8774**
